UNITED STATES DISTRICT COURT
for the
_Northern_ District of _Texas_
_Dallas_ Division

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2021 SEP 21 PM 4:18
DEPUTY CLERK _____

Marco A. Montemayor
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Neptune Ventures LLC.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **3-21CV2252-N**
_____
(to be filled in by the Clerk's Office)

**COMPLAINT AND REQUEST FOR INJUNCTION**

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

      Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | Marco A. Montemayor |
| Street Address | 2805 Cornell Cir. |
| City and County | Irving, Dallas |
| State and Zip Code | Texas 75062 |
| Telephone Number | 469-735-6306 |
| E-mail Address | mmtri777@gmail.com |

   B. **The Defendant(s)**

      Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page 1 of 6

**Defendant No. 1**

| | |
|---|---|
| Name | NINA Chudasama |
| Job or Title (if known) | Officer Neptune Ventures, LLC |
| Street Address | 2451 W. Grapevine Mills Cir. Ste 650 |
| City and County | Grapevine TARRANT |
| State and Zip Code | Texas 76051 |
| Telephone Number | 972 821-2735 |
| E-mail Address (if known) | Neptune ventures @ |

**Defendant No. 2**

| | |
|---|---|
| Name | Daniel W. Brooks |
| Job or Title (if known) | Trustee / Independant Bank |
| Street Address | 7777 Henneman Way |
| City and County | McKinney, Collin |
| State and Zip Code | Texas 75070-1711 |
| Telephone Number | (972) 562-9004 |
| E-mail Address (if known) | |

**Defendant No. 3**

| | |
|---|---|
| Name | David R Brooks |
| Job or Title (if known) | CEO of Independent Bank |
| Street Address | 7777 Henneman Way |
| City and County | McKinney, Collin |
| State and Zip Code | Texas 75070-1711 |
| Telephone Number | (972) 562-9004 |
| E-mail Address (if known) | |

**Defendant No. 4**

| | |
|---|---|
| Name | John Romeo |
| Job or Title (if known) | Real ESTATE AGENT |
| Street Address | |
| City and County | Irving Dallas |
| State and Zip Code | Texas 75062 |
| Telephone Number | (214) 223-8775 |
| E-mail Address (if known) | johngeorgeromeo@gmail.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I entered into a lease agreement under three false statements made by Real Estate agent John Romeo on August 10, 2020. On August 14, 2020 recieved a call from Nina Chudasarma stating she was the new owner and closing would be final on August 15, 2020. Adelma McMahon was also present and under the same impression that property was being purchased by individual. I specifically asked the agent if he had any knowledge of Kenneth R. Stewart and if the property had any other owner interest.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I have made improvements to the property's landscape and the interior flooring and bathrooms and continued to manage the assets for the benefit of the beneficiary. After motioning the Appellant court to order a stay due to existing appeal, motion denied and the case was dismissed. Now the interference with my writ of Certiorir to the Supreme court. and if this matter is continuing I may lose to opportunity to survive and win my complaint initiated here in the District court of Northern TX. To find housing for my family without any funds.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A judgement was brought against myself and Adelma McMahon in a civil suit filed by Neptune Ventures in amount of $15,000 plus attorney fees, which the interference and duress from the case made my brief and record excerpts late and caused my Appeal 2010340 in the fifth Circuit to be dismissed. The amount I had been seeking was $17,000,000,000.00

Page 5 of 7

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

   the State of *(name)* _____. Or is a citizen of
   *(foreign nation)* _____.

 b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under
   the laws of the State of *(name)* _____, and has its
   principal place of business in the State of *(name)* _____.
   Or is incorporated under the laws of *(foreign nation)* _____,
   and has its principal place of business in *(name)* _____.

 *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

 The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? At 2805 Cornell Cir. Irving TX 75062. on August 10, 2020 Agent and defendant described property as a purchase and closing details of owning property, Dallas County Appraisal District showing the same information that is not consistant with the filings entered at Dallas County Clerks office

B. What date and approximate time did the events giving rise to your claim(s) occur?
6:30 pm on August 10, 2020 by Agent John Romeo

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/22/2021

Signature of Plaintiff: *Marco A Montemayor*
Printed Name of Plaintiff: Marcos A Montemayor

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas
Dallas Division

Marco A. Montemayor
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Neptune Ventures, LLC
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF

I. **The Parties to This Complaint**

   A. **The Plaintiff(s) in Interpleader**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Marco A. Montemayor
   Street Address: 2805 Cornell Cir
   City and County: Irving tx 75062
   State and Zip Code: Texas 75062
   Telephone Number: 469-735-6306
   E-mail Address: mmtri777@gmail.com

   B. **The Defendant(s) in Interpleader**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 12 (Rev. 12/16) Complaint for Interpleader and Declaratory Relief

Defendant No. 1

- Name: Neptune Ventures, LLC.
- Job or Title *(if known)*:
- Street Address: 2451 W. Grapevine Mills Cir.
- City and County: Grapevine TX
- State and Zip Code: TX 76051
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2

- Name: Gregory B Fell
- Job or Title *(if known)*: Attorney Representing
- Street Address: 3821 E. Renner Rd.
- City and County: Richardson, ~~Texas~~ 75082
- State and Zip Code: Texas 75082
- Telephone Number: 972 488-8177
- E-mail Address *(if known)*: gfell@felllawfirm.com

Defendant No. 3

- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4

- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction and Venue

There are two types of interpleader actions, each brought under a different provision. Which type of interpleader action are you bringing? *(check one)*

☐ I am bringing this interpleader action under Federal Rule of Civil Procedure 22. *(Fill out Section A below.)*

☐ I am bringing this interpleader action under 28 U.S.C. § 1335. *(Fill out Section B below.)*

### A. Interpleader Action Under Rule 22

1. Jurisdiction is proper because the action *(check all that apply)*:

   ☐ arises under a federal statute, a federal treaty, and/or a provision of the United States Constitution *(specify the relevant statutory, treaty, and/or constitutional provisions)*:

   ☑ meets the jurisdictional requirements of 28 U.S.C. § 1332, under which no plaintiff may be a citizen of the same State as any defendant, and the amount at stake must exceed the sum or value of $75,000:

   a. The Plaintiff(s)

      i. If the plaintiff is an individual

         The plaintiff, *(name)* **Marco A Montemayor**, is a citizen of the State of *(name)* **Texas**.

      ii. If the plaintiff is a corporation

         The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

         *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

b. The Defendant(s)

   i. If the defendant is an individual

   The defendant, *(name)* _____, is a
   citizen of the State of *(name)* _____.
   Or is a citizen of *(foreign nation)* _____.

   ii. If the defendant is a corporation

   The defendant, *(name)* **Neptune Ventures, LLC.** , is
   incorporated under the laws of the State of *(name)* **Texas**,
   and has its principal place of business in the State of *(name)*
   **Texas**. Or is incorporated under the laws of
   *(foreign nation)* _____, and has its principal place of
   business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

c. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Neptune Ventures, LLC. entered into Assignment of Rents, and Leases with TRUSTEE DAVID W Brooks and Independent BANK. Independent Bank has merged with fidelity and HOlDER OF THE Kenneth R. STEWART AS minority PARTNER TO MARLO A MONTEMAYOR MOVES TO STRIKE Property off the indebtness held by Grantor in the assignment of rents Dated 29th Day of April 2021 Loan # 8045535

2. Venue is proper under 28 U.S.C. § 1391 because *(check one)*:

   ☑ all of the defendants live in **Texas** *(a common State)* and at least one defendant lives in **Dallas Texas** *(county, State)*, which is located in this court's judicial district.

   ☑ a substantial part of the property that is the subject of this complaint for interpleader is situated in **Dallas Texas** *(county, State)*, which is located in this court's judicial district.

   ☐ there is no district in which this action may otherwise be brought. The court has personal jurisdiction over the defendants for the following reasons *(identify the connections the defendants have with the judicial district)*: Reside here in Dallas County and Assignment of Rents is filed here in Dallas County

**B.      Interpleader Action Under 28 U.S.C. § 1335**

1. In order for this court to have jurisdiction over this action, at least two defendants must be citizens of different States as defined in 28 U.S.C. § 1332(a) or (c), and the value of the property in controversy must be at least $500.

    a. Interpleader Defendant No. 1

        i. If the defendant is an individual

            The defendant, *(name)* _____, is a citizen of the State of *(name)* _____.
            Or is a citizen of *(foreign nation)* _____.

        ii. If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    b. Interpleader Defendant No. 2

        i. If the defendant is an individual

            The defendant, *(name)* _____, is a citizen of the State of *(name)* _____.
            Or is a citizen of *(foreign nation)* _____.

        ii. If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    c. The Property in Controversy

The property in controversy is worth $ _____ .

2. Venue is proper under 28 U.S.C. § 1397 because at least one defendant, *(name)* _____, resides in _____ *(county, State)*, which is located in this court's judicial district.

## III. Statement of Interpleader Action

A. Describe the property that is the subject of this interpleader action, and explain why you are in possession of the property. Explain why each of the defendants claims an entitlement to the property.

*I entered into a lease Agreement and prior to findings of fact, that the property belongs to Kenneth R. Stewart and the landlord or grantor in the assignment of Leases Neptune Ventures, LLC. This property is under the Independent Bank Agreement which TRUSTEE DAVID W. Brooks has failed his fiduciary Duty*

B. Plaintiff has *(check one)*:

☑ deposited *(the property at issue)* _____ into the registry of the court

☑ given a bond payable to the clerk of court in the amount of $ ~~500~~ 2000 , which the court has deemed proper and which is conditioned upon compliance by the plaintiff with the future order or judgment of the court with respect to the subject matter of the controversy.

C. Explain why you are in great doubt as to which defendant(s) is/are entitled to the property subject to the interpleader action. Explain why you cannot determine which claim(s) is/are valid without exposing yourself to potential double litigation.

*Defendant stated they had purchased property during the showing of home and prior to signing lease agreement on August 9, 2020. Again Defendant claims ownership and fails to acknowledge the Assignment of Rents, Leases Dated 28th of April 2021 Loan No. 8045535 and provisions granting Holder rights to property*

## IV. Relief

The plaintiff requests that *(check all that apply)*:

☑ Each defendant be restrained from instituting any action against the plaintiff for recovery of the property or any part of it.

☑ The defendants be required to interplead and settle among themselves their rights to the property and that the plaintiff be discharged from all liability.

☑ The plaintiff recover costs and reasonable attorney's fees.

☑ The court grant any further relief as may be just and proper under the circumstances of this case.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 21 2021

Signature of Plaintiff: *Montoya*
Printed Name of Plaintiff: Marco A. Montenyor

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

No. _____

Marco A Montemayor

Plaintiff

v.

Neptune Ventures, LLC.

Defendant

In the ~~County Court of Law No 5 Dallas County, Texas~~ UNITED STATES District Court of ~~Judicial District~~ Northern Texas Dallas Division

Plaintiff's Original Petition

To the Honorable Judge of This Court:

Plaintiff, Marco A Montemayor, complains of defendant, Neptune Ventures LLC, as follows:

1. Plaintiff is an individual, residing in Dallas, County, Texas. Defendant is ~~an individual~~ Corporation, residing in Dallas, County, Texas, who may be served at 2451 Grapevine Mills Cir.

2. On Sept. 23, 2021,

3. Plaintiff has no adequate remedy at law or otherwise for the harm or damage caused by auction 24 Notice by defendant because the cause is in Appeal process and further because the motion to set aside Hearing will be on October 1, 2021

4. Plaintiff will suffer irreparable harm, damage, and injury unless the acts and conduct of defendant complained of above are enjoined, because ~~the evidence of ownership~~ The Property is in fact apart of as Estate shown by Exhibits A.

5. It is essential that defendant be restrained from doing and performing the acts described above, immediately and without notice hereof and hearing because the family will be without shelter and housing until motion to set aside judgement is granted

_____.

Claim for Relief

Therefore, plaintiff respectfully requests that:

1. A temporary restraining order be issued, to continue in force until a day set for hearing on the application for a temporary injunction, or until the further order of this court, restraining defendant from _the eviction_____;

2. The court set a date and time for a hearing on notice of this application for a temporary injunction and that defendant be cited and notified to appear at that day and answer in this action;

3. On this hearing, a temporary injunction be granted and a writ of injunction issue commanding defendant to cease and desist and refrain from _removing plaintiff from residence_

4. On final hearing, this temporary injunction be made permanent;

5. Plaintiff have and recover all court costs;

6. Plaintiff have all other and further relief to which _Marcos A. Montemayor_ may be entitled.

Verification

State of Texas

County of _____

Before me, the undersigned notary public, on this day personally appeared _____ _____, known to me (or proved to me on the oath of _____ or through _____, who after being duly sworn, upon _____ [his or her] oath stated that _____[he or she] is the _____ in the above-captioned cause; that _____[he or she] has read the foregoing document; and that every statement contained therein is true and correct within _____[his or her] personal knowledge.

_____

[Signature of affiant]

SUBSCRIBED AND SWORN TO before me on this _____ [date], to which I place my signature and official seal.

_____

[Signature of Notary Public]

_____

[Printed Name of Notary Public]

My Commission expires: _____

Notary Public for the State of Texas

## Certificate of Service

On _____, a true and correct copy of _____

_____was _____,

_____ addressed to _____

_____.

_____



## DALLAS COUNTY JUSTICE OF THE PEACE 4-2

| | | |
|---|---|---|
| NEPTUNE VENTURE LLC | § | IN THE JUSTICE COURT |
| PLAINTIFF | § | |
| v. | § | PRECINCT 4, PLACE 2 |
| MONTEMAYO, MARCO & MCMAHON, ADELMA | § | |
| DEFENDANT | § | DALLAS COUNTY, TEXAS |

**CAUSE NO. JE-** 2100570L

☒ **JUDGMENT**   ☐ **DEFAULT JUDGMENT**

On the 14TH day of June, 2021 the above-styled and numbered cause was called for trial.

Plaintiff appeared:   ☐ in person  ☒ by attorney  ☐ by authorized agent, and announced ready for trial;  ☐ FTA
Defendant(s) appeared:   ☒ in person  ☐ by attorney  ☐ by authorized agent, and announced ready for trial;  ☐ FTA

No jury was demanded and trial was to the bench. The judge having heard the evidence and testimony of the parties
**FINDS THE FOLLOWING:**  Goofy

☒ **ORDER GRANTING PLAINTIFF JUDGMENT FOR EVICTION**
☐ For grounds other than non-payment of rent

☐ Plaintiff is entitled to POSSESSION ONLY of the Premises, and Defendant(s) is ORDERED to surrender possession of the Premises to Plaintiff.

☒ Plaintiff is entitled to possession of the Premises AND **delinquent rent** for the Premises in the amount of $ 3700.00 and Defendant(s) is **ORDERED** to surrender possession of the Premises to Plaintiff.

☒ Plaintiff is entitled to recover attorney's fees in the amount of $ 750.00.

**IT IS FURTHER ORDERED** that Plaintiff is awarded all costs of Court, and interest accruing at the rate of 5.00% per annum from the date of judgment until paid. Plaintiff is entitled to such writs and abstracts as are necessary to effect execution of this judgment.

**IT IS FURTHER ORDERED** that pursuant to § 24.00511 of the Tex. Prop. Code, the amount of the APPEAL BOND is $ 500.00

**IT IS FURTHER ORDERED** that pursuant to §24.0053(a) of the Tex. Prop. Code, the MONTHLY RENTAL AMOUNT due is $ 1500.00

All others terms of the former rental agreement apply during any appeal of this cause.

☐ **ORDER GRANTING POSSESSION TO DEFENDANT(S)**

☐ **ORDER OF DISMISSAL**

☐ Dismissed for Want of Prosecution   ☐ Dismissed by Judge – Reason: _____

**ISSUED AND SIGNED** this 14th day of June, 2021.

_Sasha Moreno_
**JUDGE SASHA MORENO**
**JUSTICE OF THE PEACE, PRECINCT 4-2**
**DALLAS COUNTY, TEXAS**

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ 1400.00 in monthly wages. I work as a **Contractor** for **TRI 777, INC.**

$ -0- in monthly unemployment. I have been unemployed since (date) **MARCH 2020**.

$ -0- in public benefits per month.

$ 400.00 from other people in my household each month: (List only if other members contribute to your household income.)

$ -0- from ☐ Retirement/Pension ☐ Tips, bonuses ☐ Disability ☐ Worker's Comp
☐ Social Security ☐ Military Housing ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household (if available)

$ -0- from other jobs/sources of income. (Describe) _____

$ 1800 is my *total* monthly income.

**5. What is the value of your property?**

"My property includes:

| | Value |
|---|---|
| Cash | $ 400 |
| Bank accounts, other financial assets | |
| _____ | $ -0- |
| _____ | $ -0- |
| _____ | $ |
| Vehicles (cars, boats) (make and year) | |
| 97 Dodge Neon | $ 750 |
| 2006 Lincoln Town Car | $ 4000 |
| _____ | $ |
| Other property (like jewelry, stocks, land, another house, etc.) | |
| _____ | $ N/A |
| _____ | $ N/A |
| _____ | $ N/A |
| **Total value of property** → | **$ 5,100** |

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**6. What are your monthly expenses?**

"My monthly expenses are:

| | Amount |
|---|---|
| Rent/house payments/maintenance | $ 1500.00 |
| Food and household supplies | $ N/A |
| Utilities and telephone | $ 140.00 |
| Clothing and laundry | $ 200.00 |
| Medical and dental expenses | $ 25.00 |
| Insurance (life, health, auto, etc.) | $ 30.00 |
| School and child care | $ 30.00 |
| Transportation, auto repair, gas | $ 70.00 |
| Child / spousal support | $ 0.00 |
| Wages withheld by court order | $ 1500.00 |
| Debt payments paid to: In litigation see NO 20-10340 Appeals 6th Circuit | $ |
| | $ |
| **Total Monthly Expenses** → | **$ 1995.00** |

**7. Are there debts or other facts explaining your financial situation?**

"My debts include: (List debt and amount owed.) Cost cost and filings in Appeal that has exhausted all my assets and constitutional rights. I have a new bond and my Case JE-19000545L court Registry holding 2995.00 that has been mediated for release

(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled 'Exhibit: Additional Supporting Facts'.) Check here if you attach another page. ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☑ I cannot afford to pay court costs.
☑ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is **Marco A Montemayor**. My date of birth is: **02/11/1970**

My address is **2805 Cornell Cir**, **Irving**, **TX** **75062**

Signature: *Marco A Montes* signed on **06/18/2021** in **Dallas** County, **Texas**

Revised: 11 DEC. 2019

# FINAL NOTICE

With Reference to Cause No. / Con Referencia A La Causa Nu. __CC-21-02727-E__

__20__ __SEPTEMBER__ 20 __21__ @ __1:15 pm__

NEPTUNE VENTURES, LLC     Vs.    MARCO, MONTEMAYOR & ADELMA MCMAHON & ALL OCC.

THIS IS TO NOTIFY YOU TO **VACATE THE PREMISES WITHIN 24 HOURS.**
IF YOU ARE NOT OUT BY THAT TIME, IT WILL BE NECESSARY BY ORDER OF THE COURT, TO REMOVE YOU AND ALL OCCUPANTS AND ALL BELONGINGS FROM THESE PREMISES.

**ESTO ES UNA VISO PARA NOTIFICARLE QUE DEBEN DESOLOJAR EL LOCAL DENTRO DE 24 HOURS.**
SI USTED NO HA DESALOJADO EL LOCAL DENTRO EL TIEMPO DICHO SERA NECESSARIO, POR ORDEN DE LA CORTA, MOVERLO A USTED Y A TODOS LOS AVITATES Y SUS PERTENENCIAS DE ESTAS PREMISAS.

__2805 CORNELL CIRCLE__      __IRVING__        , __TEXAS__    __75062__
ADDRESS                    CITY                        ZIP

POSTED BY: _____
DEPUTY

**EDWARD WRIGHT**
Constable Precinct 4 / Guardia, Distrito Electoral 4
Dallas County, Texas
214-751-4065 / 214-589-7014