ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2021 SEP 23 PM 3:53

No. 3-21CV-2252-N

Marco K. Montemayor

Plaintiff

v.

Neptune Venture-LLC

Defendant

In the ~~District~~ United States Court of MS
~~Dallas County,~~ Texas
Northern ~~Judicial District~~
Dallas Division

## Plaintiff's Original Petition

To the Honorable Judge of This Court:

Plaintiff, Marco Montemayor, complains of defendant, Neptune Ventures, LLC, as follows:

1. Plaintiff is an individual, residing in Dallas County, Texas. Defendant is an individual, residing in Dallas County, Texas, who may be served at 2451 N. Grapevine Mills Cir. Ste 650 Grapevine TX 74051

2. On Sept. 23, 2021,

3. Plaintiff has no adequate remedy at law or otherwise for the harm or damage from the eviction from residence filed by defendant because the fraudulent acts committed by concealment and further because the plaintiffs has legal rights to property as the interpleader will provide as defendants will provide through hearing requested.

4. Plaintiff will suffer irreparable harm, damage, and injury unless the acts and conduct of defendant complained of above are enjoined, because the family has not been able to find housing as money deposited into court registered; shown by in affidavit of ownership and between Kenneth Stewart & Marco Montemayor

5. It is essential that defendant be restrained from doing and performing the acts described above, immediately and without notice hereof and hearing because the fraud

①

## Claim for Relief

Therefore, plaintiff respectfully requests that:

1. A temporary restraining order be issued, to continue in force until a day set for hearing on the application for a temporary injunction, or until the further order of this court, restraining defendant from _the eviction of Plaintiff from Subject Property_

2. The court set a date and time for a hearing on notice of this application for a temporary injunction and that defendant be cited and notified to appear at that day and answer in this action;

3. On this hearing, a temporary injunction be granted and a writ of injunction issue commanding defendant to cease and desist and refrain from _removing plaintiff from residence_

4. On final hearing, this temporary injunction be made permanent;

5. Plaintiff have and recover all court costs;

6. Plaintiff have all other and further relief to which _Marco A. Montemayor_ may be entitled.

Verification 

State of Texas

County of _Dallas_

Before me, the undersigned notary public, on this day personally appeared _Marco A. Montemayor_, known to me (or proved to me on the oath of _Petitioner_ or through _valid ID Marco Montemayor_, who after being duly sworn, upon _his_ [his or her] oath stated that _he_ [he or she] is the _petitioner_ in the above-captioned cause; that _he_ [he or she] has read the foregoing document; and that every statement contained therein is true and correct within _his_ [his or her] personal knowledge.

[Signature of affiant]



Certificate of Service

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
    Name: NINA Chudasama
    Job or Title (if known): Officer Neptune Ventures, LLC
    Street Address: 2451 W. Grapevine Mills Cir. Ste 650
    City and County: Grapevine TARRANT
    State and Zip Code: Texas 75051
    Telephone Number: 972 821-2735
    E-mail Address (if known): Neptune ventures @

Defendant No. 2
    Name: Daniel W. Brooks
    Job or Title (if known): Trustee / Independent Bank
    Street Address: 7777 Henneman Way
    City and County: McKinney, Collin
    State and Zip Code: Texas 75070-1711
    Telephone Number: (972) 562-9004
    E-mail Address (if known):

Defendant No. 3
    Name: David R Brooks
    Job or Title (if known): CEO of Independent Bank
    Street Address: 7777 Henneman Way
    City and County: McKinney, Collin
    State and Zip Code: Texas 75070-1711
    Telephone Number: (972) 562-9004
    E-mail Address (if known):

Defendant No. 4
    Name: John Romeo
    Job or Title (if known): Real Estate Agent
    Street Address:
    City and County: Irving Dallas
    State and Zip Code: Texas 75062
    Telephone Number: (214) 223-8775
    E-mail Address (if known): johngeorgeromeo@gmail.com

(3)

SUBSCRIBED AND SWORN TO before me on this ___Sept 22, 2021___ [date], to which I place my signature and official seal.

_____
[Signature of Notary Public]

___BLANCA HERNANDEZ___
[Printed Name of Notary Public]

My Commission expires: ___Sept. 23, 2025___

Notary Public for the State of Texas

BLANCA HERNANDEZ
Notary ID #129569091
My Commission Expires
September 23, 2025

### Certificate of Service

On ___September 22, 2021___, a true and correct copy of ___Civ petition___ _____ was ___Mailed via ECF___ ___David W. Brooks 7777 Henneman Way / Nicole Metcalf___ addressed to ___Defendants Gregory Fell, Nina Chudasaum___

_____

(4)