IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARCO A. MONTEMAYOR,           ) | |
|     Plaintiff,                                        ) | |
| vs.                                                              ) | No. 3:21-CV-2252-N-BH |
|                                                       ) | |
| NINA CHUDASAMA, et al.,                 ) | |
|     Defendants.                                ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Emergency Order for "Temporary" Restraining Order*, filed on September 23, 2021 (doc. 5), is **DENIED**. By separate judgment, the plaintiff's claims will be dismissed without prejudice for lack of subject matter jurisdiction.

**SIGNED** this 28th day of September, 2021.

_____
**UNITED STATES DISTRICT JUDGE**