IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARCO A. MONTEMAYOR,    ) | |
|     Plaintiff,    ) | |
| vs.    ) | No. 3:21-CV-2252-N-BH |
|     ) | |
| NINA CHUDASAMA, et al.,    ) | |
|     Defendants.    ) | |

## FINAL JUDGMENT

This action having been duly considered and a decision duly rendered, pursuant to Federal Rule of Civil Procedure 58,

It is ORDERED, ADJUDGED and DECREED that:

1. This action is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

**SIGNED this 28th day of September, 2021.**

_____
**UNITED STATES DISTRICT JUDGE**