IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARCO A. MONTEMAYOR, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:21-CV-2252-N-BH |
| ) | |
| NINA CHUDASAMA, et al., ) | |
|     Defendants. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Emergency Amendment Complaint and Request for Injunction, Objection to Denied Order in Record Recommendation*, filed on September 28, 2021 (doc. 14), is liberally construed as a motion for leave to amend the complaint under Fed. R. Civ. P. 15(a); the *Objection to Findings, Conclusions and Recommendation*, filed on October 18, 2021 (doc. 16), is liberally construed as a motion to alter or amend the judgment under Fed. R. Civ. P. 59(e); and both motions are **DENIED**.

SIGNED this 19th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE