

**Certified as a true copy and issued as the mandate on Mar 11, 2022**

**Attest:**
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 17, 2022

Lyle W. Cayce
Clerk

No. 21-10988
Summary Calendar

MARCO A. MONTEMAYOR,

*Plaintiff—Appellant*,

*versus*

NIA CHUDASAMA, *Officer, Neptune Ventures LLC*; DANIEL BROOKS, *Trustee/Independent Bank*; DAVID R. BROOKS, *CEO of Independent Bank*; JOHN ROMEO, *Real Estate Agent*; NEPTUNE VENTURES, L.L.C.; RAY WASHBURNE; JOHN F. WARREN; W. KENNETH PAXTON; EDUARDO LOPEZ; ELIZABETH WELLER; RAY LEE HUNT; CHARLIE B. MITCHELL, JR.,

*Defendants—Appellees*.

───────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-2252

───────────────────

Before SMITH, STEWART, and GRAVES, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

No. 21-10988

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 11, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 21-10988   Montemayor v. Chudasama
                         USDC No. 3:21-CV-2252

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Renee S. McDonough, Deputy Clerk
                                      504-310-7673

cc:
    Mr. Marco A. Montemayor